UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JAN 31 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Levy Rouse
#01415-000
U.S.P. Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525
    Petitioner,

Case No. _____

vs.

A. Haynes, Warden
U.S.P. Hazelton P.O. Box 450
Sky View Drive
Bruceton Mills, WV 26525

CASE NUMBER   1:06CV00168
JUDGE: Rosemary M. Collyer
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 01/31/2006

H. Lappin, Director
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20001
    Respondents.

Petition For Writ of
Habeas Corpus Pursuant To
22 U.S.C. § 2241

RECEIVED
JAN 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

ComesNow, the Petitioner Levy Rouse Pro Se And respectfully Petitions this Honorable Court for the issuance of the instant Writ. Jurisdiction for this Writ is Predicated Upon the good times credits Act of 1986, And D.C. Code § 24-428 And the equal Protection Clause, And Applicable case law.

## Jurisdiction

This Court has Jurisdiction over this matter because I Am detained by the Federal Bureau of Prisons in A federal Prison. Under the D.C. Revitalization Act D.C. Code § 16-1901 is for inmates within the District" to Petition for A Writ of habeas corpus in D.C. Superior Court. <u>Allen v. Odie Washington</u>, 808 A.2d 770 (D.C. 2002) inmates in federal institutions outside the District of Columbia filed under D.C. Code § 16-1901 by Prisoners convicted of D.C. Code offenses Superior Court lack Jurisdiction. Also see <u>Fest v. Bartee</u>, 804 F.2d 559, 560 (9th Cir 1986), holding that the sending Court or State has "Constructive Custody" of the transferred Prisoner for habeas corpus Purposes.

(2)

## ARGUMENT

I have been in jail 22 years and my mandatory minimum sentence of twenty years that was imposed for my conviction for Kidnapping, First Degree Murder (Armed Robbery), should be reduced pursuant to the provisions of the District of Columbia Good time Credits Act of 1986. On my Sentence Computation by the Federal Bureau of Prisons I do not have one day of good times. the records office staff at U.S.P. Hazelton said I do not get good times on a mandatory sentence but under Cunningham v. Williams, 711 F. Supp. 644 (D.C.) I do get good times on my mandatory sentence of twenty years. I also have a right to a Parole eligible date after twenty years. A person convicted of first-degree murder and upon whom a sentence of life imprisonment is imposed shall be eligible for parole only after the expiration of 20 years from the date he commences to serve his sentence. Also the failure to grant good time credits under the Act violates my rights to equal protection and due process and constitutes cruel and unusual punishment. On my Sentence Computation from U.S.P. Hazelton my Parole eligibility as 1-5-2015. How can this be when I am to have 2368 days of good time credits.

(3)

With the good time credits that I am to have my Parole eligibility date would be 1-5-2008. I have also send a memoiradum to Warden, Al. Haynes about my good times. The Warden, states that I have not received my good times. My case was forwarded to the Computation Center for their review. After the Computation Center review the reord. The reord office staff at U.S.P. Hazelton Sad I do not get good times on my sentence. See updated sentence Computation dated 10-24-05. Petitioner would like to ask this Court to order the respondents to show cause as to why I do not have one day of good time.

## Relief

The relief that Petitioner is asking the Court is for a Court order to the respondents to give me the (7) years of good time credits that I am to have and the right Parole eligibility date of 2008.

(4)

<u>Wherefore</u>, for the foregoing reasons and any that may appear to the Court after a hearing on this writ, Petitioner Levy Rouse respectfully requests that Show Cause be granted.

Respectfully Submitted,

*Levy Rouse*
Levy Rouse #01415-000

## Certificate of Service

I hereby Certify that A Copy of the foregoing Writ was Served upon:

Warden, Al. Haynes
U.S.P. Hazelton P.O. Box 450
Sky View Drive Bruceton Mills, WV 26525

H. Lappin, Director
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20001

It is me this 12 Day of 25 2005

*Levy Rouse*
Levy Rouse

(6)

INMATE REQUEST TO STAFF MEMBER RESPONSE

INMATE: Rouse, Levy
REGISTER NUMBER: 01415-000
UNIT C1

This is in response to your Inmate Request to Staff Member dated September 26, 2005, in which you request information in writing to explain why you do not have a parole eligibility date that includes good time for the 21 years you have been in jail.

A review of your good time and parole eligibility date has been conducted. It has been noted you have not received all of the good time that could have been awarded. Therefore, your case has been forwarded to the Centralized Computation Center for their review. Your sentence computation will be updated to include additional good time. When your sentence computation has been updated you will be advised and a copy will be provided to you. If you had additional questions at that time you may discuss them with staff in the Record's Office.

I trust this information adequately addresses your concerns.

_____  10/11/05
Al Haynes                Date
Warden

06 0168

FILED

JAN 31 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

```
HAZ28    540*23  *           SENTENCE MONITORING              *    10-24-2005
PAGE 001         *             COMPUTATION DATA               *    11:58:25
                              AS OF 10-24-2005

REGNO..: 01415-000 NAME: ROUSE, LEVY


FBI NO............: 622083AA7              DATE OF BIRTH: 01-06-1965
ARS1..............: HAZ/A-DES
UNIT..............: C                      QUARTERS......: C01-126L
DETAINERS.........: NO                     NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  LIFE

-----------------------CURRENT JUDGMENT/WARRANT NO: 010 --------------------

COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F8614-84B-E
JUDGE............................: SCOTT
DATE SENTENCED/PROBATION IMPOSED: 02-11-1986
DATE WARRANT ISSUED..............: N/A
DATE WARRANT EXECUTED............: N/A
DATE COMMITTED...................: 03-21-2000
HOW COMMITTED....................: DC SUPERIOR COURT COMT
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:


RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO        AMOUNT: $00.00

-----------------------CURRENT OBLIGATION NO: 010 --------------------
OFFENSE CODE....:   621
OFF/CHG: 22-2101,2404,3202 KIDNAPPING, FIRST DEGREE FELONY
         MURDER (ARMED ROBBERY)

 SENTENCE PROCEDURE..............: DC CODE ADULT
 SENTENCE IMPOSED/TIME TO SERVE..: LIFE
 MINIMUM TERM....................:      35 YEARS
 DC MANDATORY MINIMUM TERM.......:      20 YEARS
 DATE OF OFFENSE.................: 10-01-1984




G0002         MORE PAGES TO FOLLOW . . .
```

```
 HAZ28   540*23  *           SENTENCE MONITORING           *    10-24-2005
PAGE 002 OF 002  *             COMPUTATION DATA            *    11:58:25
                              AS OF 10-24-2005

REGNO..: 01415-000 NAME: ROUSE, LEVY


--------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 10-15-2005 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 10-15-2005 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 02-11-1986
TOTAL TERM IN EFFECT............: LIFE
TOTAL TERM IN EFFECT CONVERTED..: LIFE
EARLIEST DATE OF OFFENSE........: 10-01-1984

JAIL CREDIT.....................:      FROM DATE       THRU DATE
                                       12-10-1984      02-10-1986

TOTAL JAIL CREDIT TIME..........: 428
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 0
TOTAL SGT POSSIBLE..............: 0
PAROLE ELIGIBILITY..............: 01-05-2015
STATUTORY RELEASE DATE..........: N/A
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: LIFE

NEXT PAROLE HEARING DATE........: 05-00-2014
TYPE OF HEARING.................: INITIAL

PROJECTED SATISFACTION DATE.....: N/A
PROJECTED SATISFACTION METHOD...: LIFE

REMARKS.......: COMPUTATION UPDATED CORRECTING PED.




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

FORM 19 DCDC 7-70
IDPS 103

# DISTRICT OF COLUMBIA
# DEPARTMENT OF CORRECTIONS
# FACE SHEET No. 2

Date Prepared (Mo., Da., Yr.)

| DCDC Number | Name (Last, First, Middle) | Race | Sex |
|---|---|---|---|
| 207405 | Rouse, Levy | B | M |

| Height | Weight | Build | Eyes | Hair | Age | Birth Date | Place of Birth |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Total Sent: 35 years to Life; Less 428 Days

| | | | |
|---|---|---|---|
| Offense | Kidnapping | First Degree Felony Murder w/ in Kidnapping | Arm Robb |
| Case Number | F8614-84B | F8614-84C | F8614-84D |
| Sentence (Yrs., Mos., Days) | 15 yrs to Life (cons) | 20 yrs to Life (cons) | 15 yrs to Life (cons) |
| Warrant Executed / Sentence Begins (Mo., Da., Yr.) | 2-11-86 | 2-11-86 | 2-11-86 |
| Full Term Date (Mo., Da., Yr.) | | | |
| Short Term / M.R. Date (Mo., Da., Yr.) | | | |
| Parole Eligibility Date (Mo., Da., Yr.) | | | |
| Max. Supervision Date (Mo., Da., Yr.) | | | |
| Statutory Good Time Rate / Month | | | |
| Plea | | | |
| Committing Judge | Scott | Scott | Scott |
| Defense Attorney | | | |
| Initialed By: | | | |

## DETAINERS

| Date Filed | For | Action |
|---|---|---|
| | | |
| | | |

## CONDUCT CREDITS

| Date | Credits | Forfeit | Restore | Balance |
|---|---|---|---|---|
| | | | | |
| | | | | |

## JAIL CREDIT DATES

| From and Including | To and Including |
|---|---|
| 12-10-84 | 2-10-86 = 428 Days |

## REMARKS

Page 1 of 1

YELLOW COPY TO ADP

FORM 19 DCDC 7-70
IDPS 103

DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
FACE SHEET No. 2

Date Prepared
(Mo., Da., Yr.)

| DCDC Number | Name (Last, First, Middle) | Race | Sex |
|---|---|---|---|
| 207-405 | Rouse Gary | B | M |

| Height | Weight | Build | Eyes | Hair | Age | Birth Date | Place of Birth |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | |
|---|---|
| Offense | First Degree Felony Murder & Arm Robb |
| Case Number | F8614-84E |
| Sentence (Yrs., Mos., Days) | 20 yrs to Life (Conc) |
| Warrant Executed / Sentence Begins (Mo., Da., Yr.) | 2-11-86 |
| Full Term Date (Mo., Da., Yr.) | Life |
| Short Term / M.R. Date (Mo., Da., Yr.) | Life |
| Parole Eligibility Date (Mo., Da., Yr.) | 12-10-2019 |
| Max. Supervision Date (Mo., Da., Yr.) | Life |
| Statutory Good Time Rate / Month | N/A |
| Plea | |
| Committing Judge | Scott |
| Defense Attorney | |
| Initialed By: | |

DETAINERS

| Date Filed | For | Action |
|---|---|---|
| | | |
| | | |

CONDUCT CREDITS

| Date | Credits | Forfeit | Restore | Balance |
|---|---|---|---|---|
| | | | | |
| | | | | |

JAIL CREDIT DATES

| From and Including | To and Including |
|---|---|
| | |

REMARKS

Page 2 of 2

YELLOW COPY TO ADP