**FILED**

UNITED STATES DISTRICT COURT

JAN 3 1 2006

FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Levy Bouse
    Petitioner,

**06 0168**

V.

Case No.

Warden, Al. Haynes

Leave to file without
Prepayment of Cost **GRANTED**

Director, H. Lappin
    Respondents.

Mwbuk,
U.S.D.J.
1-27-06

## Motion To Proceed Without Prepayment of Fees and Affidavit

I, Levy Bouse, declare that I am the petitioner
in the above-entitled proceeding; that in
support of my request to proceed without
payment of fees or costs under 28 U.S.C. §1915
I declare that I am unable to pay the costs
of the proceedings and that I am entitled to the
relief sought in the petition. I am currently
incarcerated at U.S.P. Hazelton I do not receive
money from the institution. I do not have any chash
or checking or saveings account's. I do not own
any real estate, stocks, bonds or any other financial
instruments, automobiles or anything of value.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
JAN 1 9 2006
RECEIVED

2

Respectfully Submitted

Luvy Rouse

Levy Rouse # 01415-000

I t is me this 12 DAY of 25 2005