UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JAN 31 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Levy Rouse
    Petitioner,

V.

Warden, Al. Haynes
U.S.P. Hazelton

H. Lappin, Director
Federal Bureau of Prisons
    Respondents.

Case No. 06 0168

## MOTION FOR APPOINTMENT OF COUNSEL

Comes Now, the Petitioner, Levy Rouse, and respectfully petitions this Honorable to appoint Counsel in the above civil and or habeas action for the relevant reasons following:

1.) Petitioner needs Counsel to investigate the good time credits act of 1986 and investigat all the good time I am to have.

2.) Counsel can also help me with the complexity that this case has.

3

3.) This case also has some difficults with how good times would work in my case.

4.) Petitioner can not retain his own counsel because he do not have money to do so.

Under 28 U.S.C. § 1915 (e)(1) (Providing that "the Court may request an Attorney to represent any person unable to afford counsel")

In Gordon V. Leeke, 574 F.2d 1147 (4th Cir), Cert. denied 439 U.S. 970, 99 S.Ct. 464, 58 L.Ed.2d 431 (1978), the Court of Appeals observed that "if it is apparent to the district court that a Pro Se litigant has a colorable claim but lacks the capacity to present it, the district court should appoint counsel to assist him.

See Shielde V. Jackson, 570 F.2d 284 (8th Cir 1978) Appointment of Counsel would assist in investigation and Advance Proper Administration of Justice.

## CONCLUSION

<u>WHEREFORE</u>, out of all fairness Petitioner prays that this honorable court will grant this motion and appoint counsel.

Respectfully Submitted,

Levy Rouse
Levy Rouse #01415-000

It is me this 12 Day of 25 2005.

(3)