# EXHIBIT A

```
HAZ28   540*23  *           SENTENCE MONITORING              *   10-24-2005
PAGE 001         *           COMPUTATION DATA                *   11:58:25
                              AS OF 10-24-2005

REGNO..: 01415-000 NAME: ROUSE, LEVY


FBI NO............: 622083AA7              DATE OF BIRTH: 01-06-1965
ARS1..............: HAZ/A-DES
UNIT..............: C
                                           QUARTERS.....: C01-126L
DETAINERS.........: NO                     NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: LIFE

------------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------

COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F8614-84B-E
JUDGE............................: SCOTT
DATE SENTENCED/PROBATION IMPOSED: 02-11-1986
DATE WARRANT ISSUED..............: N/A
DATE WARRANT EXECUTED............: N/A
DATE COMMITTED...................: 03-21-2000
HOW COMMITTED....................: DC SUPERIOR COURT COMT
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:


RESTITUTION...: PROPERTY: NO   SERVICES: NO      AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 -----------------------
OFFENSE CODE....: 621
OFF/CHG: 22-2101,2404,3202 KIDNAPPING, FIRST DEGREE FELONY
         MURDER (ARMED ROBBERY)

SENTENCE PROCEDURE...............: DC CODE ADULT
SENTENCE IMPOSED/TIME TO SERVE..: LIFE
MINIMUM TERM.....................:   35 YEARS
DC MANDATORY MINIMUM TERM........:   20 YEARS
DATE OF OFFENSE..................: 10-01-1984




G0002       MORE PAGES TO FOLLOW . . .
```

```
HAZ28  540*23 *              SENTENCE MONITORING            *   10-24-2005
PAGE 002 OF 002 *             COMPUTATION DATA              *   11:58:25
                              AS OF 10-24-2005

REGNO..: 01415-000 NAME: ROUSE, LEVY


------------------------CURRENT COMPUTATION NO: 010 ---------------------------

COMPUTATION 010 WAS LAST UPDATED ON 10-15-2005 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 10-15-2005 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 02-11-1986
TOTAL TERM IN EFFECT............: LIFE
TOTAL TERM IN EFFECT CONVERTED..: LIFE
EARLIEST DATE OF OFFENSE........: 10-01-1984

JAIL CREDIT.....................:    FROM DATE      THRU DATE
                                     12-10-1984     02-10-1986

TOTAL JAIL CREDIT TIME..........: 428
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 0
TOTAL SGT POSSIBLE..............: 0
PAROLE ELIGIBILITY..............: 01-05-2015
STATUTORY RELEASE DATE..........: N/A
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: LIFE

NEXT PAROLE HEARING DATE........: 05-00-2014
TYPE OF HEARING.................: INITIAL

PROJECTED SATISFACTION DATE.....: N/A
PROJECTED SATISFACTION METHOD...: LIFE

REMARKS.......: COMPUTATION UPDATED CORRECTING PED.




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```