**EXHIBIT B**

**Berthrong, Sherri**

| | |
|---|---|
| From: | Rriker@bop.gov |
| Sent: | Wednesday, March 08, 2006 2:16 PM |
| To: | Berthrong, Sherri |
| Subject: | Rouse |

[redacted]

```
 DSC4C   540.03 *           SENTENCE MONITORING            *
 03-08-2
             *         INDEPENDENT SENTENCE COMPUTATION     *
 13:14:4


 SENTENCE PROCEDURE: 10    4205(A)REG ADULT

 SPT/PAR/MR VIOL...: Y    MAN SGT RATE: 0

 TERM IN EFFECT YRS: 35   MOS:       DAYS:       OR LIFE/DEATH:

 TIE CONVERTED  YRS: 35   MOS:       DAYS:

 MINIMUM TERM   YRS:      MOS:       DAYS:

 JAIL CREDIT    FROM:           THRU:           =        DAYS

                FROM:           THRU:           =        DAYS

                FROM:           THRU:           =        DAYS

 TOTAL JAIL CREDIT DAYS: 2228

 INOP TIME      FROM:           THRU:           =        DAYS

                FROM:           THRU:           =        DAYS

 TOTAL INOPERATIVE TIME DAYS:


 DT SENT BEGAN: 02-11-1986      SGT TOTAL DAYS: 0

                                STAT REL DT...: 01-05-2015 MON

                                180 DAY DT....: 07-09-2014

                                PAROLE ELIG...: COMM DISCR

                                2/3 OR 30YR DT: 05-05-2003

 HARDCOPY Y/N: N                EFT DT........: 01-05-2015



 0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF
 DE
```

1