UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LEVY ROUSE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 06-0168 (RMC) |
| ) | |
| AL HAYNES, *et al.* ) | |
| ) | |
| Respondents. ) | |

## ORDER

The United States moves to transfer this *habeas corpus* action to the United States District Court for the Northern District of West Virginia. Because the Court's granting of the United States' motion would relinquish its jurisdiction, petitioner Levy Rouse will be allowed time to respond. Within the time provided, plaintiff "shall serve and file a memorandum of points and authorities in opposition to the [dispositive] motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is

**ORDERED** that Mr. Rouse shall respond to the United States' motion to transfer by **May 15, 2006**. If he does not respond by that date, the Court may treat the United States' motion as conceded and transfer the case.

Date: April 11, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge