UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LEVY ROUSE,<br><br>        Petitioner,<br><br>        v.<br><br>AL HAYNES, *et al.*<br><br>        Respondents. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-0168 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

**TRANSFER ORDER**

This matter is before the Court on the United States' motion to transfer this *habeas corpus* action to the judicial district where petitioner Levy Rouse is confined. Mr. Rouse has opposed the motion because the petition arises from "a D.C. Code case." Pet.'s Opp. at 1. The writ of *habeas corpus*, however, may be issued only against "the person having custody of the person detained," 28 U.S.C. § 2243, who, in this case, is Mr. Rouse's warden. *See Rumsfeld v. Padilla,* 542 U.S. 426, 434 (2004) (stating that the proper respondent in *habeas corpus* cases is the petitioner's warden or immediate custodian); *see also Chatman-Bey v. Thornburgh*, 864 F.2d 804, 810 (D.C. Cir. 1988) ("[T]he appropriate defendant in a habeas action is the custodian of the prisoner."); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998). "[A] district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. U.S. Parole Commission*, 374 F.3d 1235, 1239 (D.C. Cir. 2004). Mr. Rouse is confined at the Hazelton United States Penitentiary in Bruceton Mills, West Virginia. His custodian is not within this Court's territorial jurisdiction.

Accordingly, it is hereby

**ORDERED** that the Order to Show Cause is **DISCHARGED**; it is

**FURTHER ORDERED** that the United States' motion to transfer [Dkt. #8] is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **TRANSFERRED** to the United States District Court for the Northern District of West Virginia.

**SO ORDERED.**

Date: June 7, 2006                                                    /s/
                                                                     ROSEMARY M. COLLYER
                                                                     United States District Judge