Clerk's Office
United States District Court
for the District of Columbia
Washington, D.C. 20001

July 6, 2006

RECEIVED

JUL 1 0 2006

U.S. DISTRICT COURT
ELKINS WV 26241

Clerk's Office
United States District Court
for the Northern District of West Virginia
P.O. Box 1518
300 Third Street
Elkins, WV 26241

3:06cv67

Re: 06-168 (RMC) - <u>ROUSE v. HAYNES, et al.</u>

Dear Clerk:

On June 7, 2006, this Court signed an order transferring the above-entitled case to your Court. Enclosed please find the following:

✔ instructions for retrieving electronic case filings,
✔ transfer Order
✔ certified copy of the docket entries,
✔ original documents in the file.

Please acknowledge receipt of our file on the duplicate copy of this letter indicating your case number and return it to me in the self-addressed, stamped envelope.

Your attention to this matter is greatly appreciated.

Sincerely,

NANCY MAYER-WITTINGTON, CLERK

By _____

RECEIVED

JUL 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT